No. 212. Del Valle, Peticionario, *v.* Corte de Distrito de Aguadilla.—*Mandamus.* R. nov. 8, 1923. Apareciendo de la solicitud presentada que la cuestión planteada en este caso fué discutida y resuelta por la corte inferior después de haber sido notificado y oído el fiscal y no constando ningún hecho demostrativo de abuso de discreción en el grado que fija la doctrina del caso de *Dyer* v. *Rossy,* 23 D. P. R. 772, y además vistos los casos de *El Pueblo* v. *Paris,* 25 D. P. R. 111, y *El Pueblo* v. *Ibern,* 31 D. P. R. 917, no ha lugar a expedir el auto.

No. 214. García, Peticionario, *v.* Corte de Distrito de Aguadilla.—*Mandamus.* R. nov. 15, 1923. Resuelto por los fundamentos del caso de *del Valle* v. *Corte de Distrito de Aguadilla,* de nov. 8, 1923.' Denegado.

No. 3174. Díaz, Apelado *v.* Sucesión de M. Díaz, Apelantes.—C. de D. de Humacao. R. nov. 8, 1923. Desestimado el recurso a instancia del apelado por no haberse presentado en tiempo la exposición del caso ni la transcripción de la evidencia.

No. 3121. Ortiz, Apelante, *v.* Claudio, Apelado.—C. de D. de Ponce. R. nov. 8, 1923. Cumplimiento de contrato. Vista la moción del apelado sobre desestimación de apelación, la certificación del secretario de la corte inferior que se acompaña y el alegato formulado en apoyo de la misma, se desestima la apelación. .

No. 3116. Buitrago, Apelado, *v.* Asamblea Municipal de Guayama, Querellante.—Memorándum de costas. R. nov. 8, 1923. Se desestima la apelación por no haberse archivado en tiempo la transcripción de autos.